

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00113-CR

Arnulfo Ernesto **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2707A
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  March 27, 2013

DISMISSED

On March 21, 2013, appellant filed a motion to dismiss this appeal.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).


PER CURIAM


Do not publish